MINUTE ENTRY  JURY TRIAL - Day 1

Attorney Douglas Cushnie was present with Plaintiff Emerenciana Peter Palican. Attorney Allan Dollison was present on behalf of Commonwealth of the Northern Mariana Islands.

40 Potential jurors were present.

At 10:45 a.m. 6 regular jurors and 2 alternates were empaneled: 1) Macaranas, Richard 2) Greenough, Diana; 3) Sablan, Robin; 4) Chargualaf, Cathy; 5) Hofschneider, Henry; 6) Rosario, Jose; Alternate One - Deleon Guerrero, Cynthia; Alternate Two - Castro, Vicente

Court recessed for a morning break at 11:15 a.m. and reconvened at 11:30 a.m.

Court gave introduction to the trial and recessed for the lunch break at 11:25 p.m. All jurors were excused from the Courtroom.

Court reconvened at 1:55 p.m.

Attorney Cushnie began opening statement at 1:57p.m. and finished at 2:08 p.m. Attorney Dollison began his opening statement at 2:09 p.m.

There was an objection made by Attorney Cushnie regarding Attorney Dollison's opening statement. Court stated that a recess would be called in order to research the matter. Court recessed at 2:28 p.m. and reconvened at 2:50 p.m.

Court overruled objection with instructions to the jurors and Attorney Dollison continued with his opening statement at 2:55 p.m. and ended at 3:00 p.m.

Plaintiff called witness:

EMERENCIANA PETER-PALICAN.  DX.

Court recessed at 3:05 p.m. and reconvened at 3:35 p.m.

Attorney Cushnie continued with DX of Ms. Peter-Palican. - Ex. A - Performance Rating Report for June , 1996 through June 1997. Ex. B Letter to Lydia M. Sablan dated November 24, 1997. Ex. C Letter to Peter-Palican from Thomas J. Camacho dated 11/26/1997. Ex. D, Letter to the Federal Programs Coordinator from L. M. Sablan. Ex. E, Performance Rating. Ex. F, Performance Rating; Ex. G, H, I, J, K, L, M, N, O, P, Q, R, T, S, V.

Court excused the jurors for the evening at 4:30 p.m. and jurors were admonished not to talk with anyone regarding the case. Jurors were ordered to return to the Court at 9:00 a.m. to continue with the trial.
;   [MCM EOD 06/10/2002]