MINUTE ENTRY   PROCEEDINGS: JURY TRIAL - Day 2

Attorney Douglas Cushnie was present with Plaintiff Emerenciana Peter Palican. Attorney Allan Dollison was present on behalf of Commonwealth of the Northern Mariana Islands.
Six Regular jurors and two alternate jurors were present.

Attorney Cushnie moved to offer Exhibits A through T and V into evidence. Defense had objections to certain exhibits and asked for more time to review the exhibits.  Court received the following exhibits into evidence.  Exhibits B, G, H, I, J, K, L, O, P, Q, S, T, and V.

Attorney Dollison began CX of witness Peter-Palican. Reference to Defense Exhibits (M), (A), (B), (C), (H), (F), and (T).

Court recessed at 10:20 a.m. and reconvened at 10:40 a.m.

Attorney Cushnie began RDX of witness Peter-Palican. RCX. RDX. RCX. RDX.

Court recessed at 11:15 a.m. for lunch and reconvened at 1:00 p.m.

Attorney Cushnie called witness:

THOMAS C. DUENAS. (Employee of Housing Corporation).  DX. CX.

Attorney Cushnie called witness:

JUANITA MALONE.  ( Employee of Grace Christian Academy).  DX.  CX.  RDX. RCX.

Attorney Cushnie called witness;

DANIEL CAMACHO.  (Business Advisor for the Dept. of Commerce). DX. Ex. W, X, Y, and Z.

Attorney Cushnie offered Exhibits W, X, Y, and Z into evidence.  Defense objected to Exhibit W.  Court accepted X, Y and Z into evidence.  Further DX on Ex. W. Defense continued to object to Exhibit W based on attorney-client privilege.  Court did not receive Ex. W at this time.

Court recessed for afternoon break at 2:40 p.m. and reconvened at 3:03 p.m.

Attorney Dollison began CX of witness Daniel Camacho.  Ex. (M), (N), (I), and (J). RDX.

Attorney Cushnie called witness:

GEORGE PALICAN. (Husband of Plaintiff).  DX. CX. RDX. RCX.

Court excused the jurors at 4:08 p.m. for the evening.

Outside the presence of the jurors, the Exhibits were discussed. Court received Plaintiff's Exhibits A, C,  D (conditionally), E, F, and M into evidence.  Defense moved to admit (M) and (N) into evidence.  There being no objection, Court so ordered.

Court recessed for the evening at 4:20 p.m.

; [KLL EOD 06/11/2002]