MINUTE ENTRY  PROCEEDINGS: JURY TRIAL - Day 3

 Attorney Douglas Cushnie was present with Plaintiff Emerenciana Peter Palican.
Attorney Allan Dollison was present on behalf of Commonwealth of the Northern
Mariana Islands.
Six Regular jurors and two alternate jurors were present.

 Attorney Cushnie stated that Exhibits N, R, and W  had not yet been admitted.
Court received Exhibits N and R, without objection, into evidence.  Defense
continued to argue that Ex. W not be admitted into evidence due to attorney/client
privilege.  Court did not accept Ex. W based on the argument.

 Plaintiff rested their case at 9:20 a.m.

 Jurors were excused from the Courtroom at 9:20 a.m.

 Attorney Dollison moved for Judgment of Dismissal.  Attorney Cushnie argued on
behalf of the Plaintiff.  Court granted Judgment as a Matter of Law as to Count II
and IV.  Attorney Cushnie moved as a Matter of Law as to Rule 50.  Court denied the
motion.

 Jurors returned and Court reconvened at 10:15 a.m.

 Defense began their case at 10:15 a.m. and called witness:

 THOMAS J. CAMACHO. (Executive Director of GDDC). DX.  Ex. (A),(B),(C),(L),
(K) and (R).  CX.

 Court recessed for lunch break at 11:30 a.m. and reconvened at 1:30 p.m.

 Attorney Dollison began RDX of Thomas J. Camacho. RCX. RDX.

 Attorney Dollison called witness:

 LYDIA M. SABLAN. (Member of GDDC).  DX. CX. RDX.

 Attorney Dollison called witness:

 MARIANO K. CAMACHO. (Member of Disabilities Council). DX.

 Attorney Dollison called witness:

 JUAN I. TENORIO.  (Director of Personnel Management). DX. CX.

 Court recessed at 3:00 p.m. for afternoon break and reconvened at 3:20 p.m.

 Attorney Cushnie continued with CX of Juan I. Tenorio; RDX.

 CELIA LAMKIN, MD. (Employee of GDDC).  DX. CX.

 DYNA CASTRO. (Employee of GDDC). DX.  CX.

 Attorney Dollison moved to admit into evidence the following exhibits: (A), (B),
 (C), (D), (E), (F), (G), (H), (I), (J), (K), (L), (M), (N),

(O), (P), (Q), (R), (T) and (U).  Plaintiff made objections, objections
were noted by the Court.  Court received Exhibits into evidence.

 Defense rested their case.  No rebuttal.

 Jurors were excused for the evening at 4:30 p.m. and admonished not to talk with
anyone about the case.  Jurors were ordered to return at 9:00 a.m. tomorrow.

 Attorney Dollison moved for another Rule 50 motion.  Court ordered the hearing at 8:
30 a.m.

;   [KLL EOD 06/13/2002]