MINUTE ENTRY PROCEEDINGS: JURY TRIAL - Day 4

Attorney Douglas Cushnie was present with Plaintiff Emerenciana Peter Palican. Attorney Allan Dollison was present on behalf of Commonwealth of the Northern Mariana Islands.
Six Regular jurors and two alternate jurors were present.

Out of the presence of the jurors, Attorney Dollison argued his second motion for Judgment as a Matter of Law. Attorney Cushnie argued on the Plaintiff's behalf. Court denied the motion.

Plaintiff moved to amend the pleadings to conform with the evidence, in the Complaint. Defense argued against the motion. Court, after hearing argument, granted the motion.

Court recessed at 10:28 a.m. and reconvened at 10:34 a.m.

Jurors were brought into the Courtroom at 10:35 a.m.

Attorney Cushnie began opening argument at 10:38 a.m. and finished at 11:28 a.m.

Attorney Dollison began his closing argument at 11:29 a.m. and finished at 12:30 p.m.

Court recessed at 12:30 p.m. and reconvened at 12:40 p.m.

Attorney Cushnie began closing argument at 12:40 p.m. and concluded at 12:55 p.m.

Marshal and Security Officers were sworn to take the jurors in charge and escort them to lunch at 1:05 p.m. Court ordered that the jurors be returned at 2:30 p.m. to receive instructions and begin deliberation.

Jurors left the Courtroom at 1:05 p.m. Outside the presence of the jurors, jury instructions and verdict form were reviewed by parties.

Court recessed for lunch at 1:15 p.m. and reconvened at 3:00 p.m.

Outside the presence of the jurors, Court took up the matter of objections of the verdict form. Parties agreed to the form with a minor alteration.

Jurors returned to the Courtroom at 3:10 p.m. Court gave instructions to the jurors and they were given exhibits and the verdict form and ushered into the deliberation room at 3:45 p.m.

Court recessed at 3:50 p.m.

Court received a note from the jurors at 3:57 p.m. Both parties were called to return to the Courtroom.

Jurors were brought into the Courtroom at 4:20 p.m.; they were excused for the evening at 4:21 p.m.

Note from the jurors was discussed with both attorneys. It was decided that the jurors could receive three more copies of exhibits. Parties were ordered to return

tomorrow at 8:30 a.m. with the extra copies.

;    [KLL EOD 06/14/2002]