MINUTE ENTRY  PROCEEDINGS: JURY TRIAL - Day 5

Attorney Douglas Cushnie was present.  Attorney Allan Dollison was present on behalf of Commonwealth of the Northern Mariana Islands.

Six Regular jurors and two alternate jurors were present.

Court stated that a note had been received by the Jury Foreman and that the questions would be addressed at this time.  Three more sets of exhibits were given to the jurors and they returned to the deliberation room at 9:15 a.m.

Jurors were escorted to lunch at 11:30 a.m. and returned to deliberate at 1:00 p.m.

Court received a note from the jurors at 3:45 p.m. that they had reached a verdict.  Parties were called to return to the Court.

At 4:15 p.m. Court reconvened, the jurors were brought back into the Courtroom and the verdict was read as follows:

In the United States District Court for the Northern Mariana Islands; in the Case for Emerenciana Peter-Palican, Plaintiff -vs- Government of the Commonwealth of the Northern Mariana Islands, et al, Defendants. 1.  On Plaintiff Emerenciana Peter-Palican's claim against defendant Thomas J. Camacho for deprivation of her rights to due process and equal protection of the laws pursuant to the Fifth and Fourteenth Amendments to the United States Constitution, we the jury, unanimously find for Plaintiff.  2.  For the violation of Plaintiff's rights under the Fifth and Fourteenth Amendments to the United States Constitution, we the jury, find for Emerenciana Peter-Palican actual damages in the amount of $63,500.00.  3.  For violation of Plaintiff's rights under the Fifth and Fourteenth Amendments to the United States Constitution, we the jury, find for the Emerenciana Peter-Palican exemplary damages in the amount of $20,000.  4.  On plaintiff Emerenciana Peter-Palican's claim for lost wages from October 26, 2000, to April 8, 2002, we the jury, find for plaintiff in the amount of $ 00.  5.  On plaintiff Emerenciana Peter-Palican's claim for breach of the covenant of good faith and fair dealing in her employment with the Governor's Council on Developmental Disabilities, Thomas J. Camacho, and the Commonwealth Government, we the jury, find for Plaintiff.  6.  On plaintiff Emerenciana Peter-Palican's claim for breach of the covenent of good faith and fair dealing, we the jury, find actual damages for plaintiff in the amount of $55,150.00.  7.  On plaintiff Emerenciana Peter-Palican's claim for breach of the covenant of good faith and fair dealing, we the jury, find exemplary damages for plaintiff in the amount of $25,000.00.  Dated this 14th day of June , 2002, and signed by the Foreperson.

Jurors were thanked and excused.


;   [KLL EOD 06/14/2002]