MINUTE ENTRY PROCEEDINGS: CNMI's MOTION TO STRIKE DECLARATION OF VINCENT T. CASTRO; PLTF'S MOTION FOR LEAVE TO FILE DECLARATION OUT OF TIME and MOTION FOR JUDGMENT AS A MATTER OF LAW

Plaintiff was represented by Attorney Douglas F. Cushnie. Defendants were represented by Andrew Clayton and Mona Manglona, CNMI Assistant Attorneys General.

Court announced the tentative ruling on these motions.

Attorney Cushnie argued on behalf of the plaintiff. Attorney Clayton argued on behalf of the CNMI defendants.

Court granted the motion to accept the late filing; however, the Court stated that it would not be considered.

Court advised that the motion for Judgment as a Matter of Law would be taken up at 9:00 a.m., or shortly thereafter, as previously scheduled.

Court recessed at 8: 45 a.m. and reconvened at 9:30 a.m.

Attorney Clayton argued the Motion for a Judgment as a Matter of Law. Attorney Cushnie argued on behalf of the Plaintiff.

Court took the matters under advisement and stated that a written opinion would be forthcoming.


; [KLL EOD 08/01/2002]