NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 29 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; THE GOVERNOR'S DEVELOPMENTAL DISABILITIES COUNCIL; MATILDA ROSARIO, Director of Personnel; THOMAS J. CAMACHO, Individually and as Executive Director of the Governor's Developmental Disabilities Council,<br><br>Defendants - Appellees. | No. 02-16765<br><br>D.C. No. CV-00-00024<br><br>FILED<br>Clerk<br>District Court<br><br>ORDER  AUG - 8 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |
| EMERENCIANA PETER-PALICAN,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; THE GOVERNOR'S DEVELOPMENTAL DISABILITIES COUNCIL; MATILDA ROSARIO, | No. 02-16796<br><br>D.C. No. CV-00-00024-ARM |

| |
|---|
| **Director of Personnel,**<br><br>Defendants,<br><br>and<br><br>**THOMAS J. CAMACHO, Individually and as Executive Director of the Governor's Developmental Disabilities Council,**<br><br>Defendant - Appellant. |

Before:    **D.W. NELSON, KOZINSKI** and **CALLAHAN**, Circuit Judges.

Plaintiff's application for attorney's fees is **GRANTED IN PART**. See 42 U.S.C. § 1988(b); Conner v. City of Santa Ana, 897 F.2d 1487, 1494 (9th Cir. 1990). The case is referred to the Appellate Commissioner, who shall consider defendants' objections to the amount of the fees. Plaintiff shall not be awarded fees for time spent on issues on which she did not prevail. See id. The Appellate Commissioner is authorized to enter judgment in the amount of fees he deems appropriate. The parties shall bear their own costs on appeal.