UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
Clerk
District Court

AUG 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| EMERENCIANA PETER-PALICAN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; et al.,<br><br>Defendants - Appellees. | No. 02-16765<br>D.C. No. CV-00-00024<br><br>**JUDGMENT** |
| EMERENCIANA PETER-PALICAN,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; et al.,<br><br>Defendants,<br><br>and<br><br>THOMAS J. CAMACHO, Individually and as Executive Director of the Governor's Development Disabilities Council,<br><br>Defendant - Appellant. | No. 02-16796<br>D.C. No. CV-00-00024-ARM<br><br>**JUDGMENT** |

Appeal from the United States District Court for the Northern Mariana Islands.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern Mariana Islands and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 06/06/05

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 29 2005

by Ruben Talavera
   Deputy Clerk
```