**ORIGINAL**

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for    Plaintiff

FILED
District Court

DEC 19 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT OF THE ) <br> COMMONWEALTH OF THE ) <br> NORTHERN MARIANA ISLANDS, ) <br> et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL ACTION NO. 00-0024 <br><br> MOTION FOR ORDER IN <br> AID OF JUDGMENT/ <br> DECLARATION/NOTICE <br> OF MOTION <br><br> DATE: FEBRUARY 23, 2006 <br> TIME: 8:30 A.M. <br> JUDGE: ALEX R. MUNSON |

Come now Emerenciana Peter-Palican and moves this court for its order in aid of judgment on the grounds that judgment was entered against defendants on June 17, 2002, ordering defendants to pay plaintiff the sum of $83,500.00, and it is necessary to examine defendants as to their ability to pay said judgment.

This motion is made pursuant to 7 CMC §§4201 et seq. and based upon the memorandum and declaration filed herewith and the files and records of the case herein.

DATED this 19th day of December, 2005.

                DOUGLAS F. CUSHNIE
                Attorney for Plaintiff

        BY _/s/ Douglas F. Cushnie_____
                DOUGLAS F. CUSHNIE

DOUGLAS F. CUSHNIE, SAIPAN, CM 96950