**ORIGINAL**

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for     Plaintiff

F I L E D
Clerk
District Court

DEC 1 9 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, ) | CIVIL ACTION NO. 00-0024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | DECLARATION OF COUNSEL |
| GOVERNMENT OF THE ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, ) | |
| et. al., ) | |
| ) | DATE: FEBRUARY 23, 2006 |
| Defendants. ) | TIME: 8:30 A.M. |
| ) | JUDGE: ALEX R. MUNSON |

Douglas F. Cushnie upon penalty of perjury declare that the following is true and correct:

1. That your declarant is counsel of record for plaintiff Emerenciana Peter-Palican, has personal knowledge of the facts set forth below and if called upon to testify would testify accordingly.

2. That judgment was filed against defendants on June 17, 2002 in the total amount of $83,500.00. Appeal was taken and the judgment was affirmed.

3. That on November 2, 2005 your declarant sent a letter to Pamela Brown,

CNMI Attorney General requesting payment of the judgment, a copy letter being attached to this declaration as Exhibit 1.

4. That to date the defendants have neither responded to said letter nor remitted said payment to plaintiff.

AND FURTHER YOUR declarant sayeth not.

DATED this 19th December, 2005.

        DOUGLAS F. CUSHNIE
        Attorney for Plaintiff

        BY_____
        DOUGLAS F. CUSHNIE

DOUGLAS F. CUSHNIE, SAIPAN, CM 96950

-3-

LAW OFFICES

*Douglas F. Cushnie*

POST OFFICE BOX 949
SAIPAN, MP 96950
TELEPHONES (670) 234-6843 · 234-6830
TELEX: 9102507405
CABLE ADDRESS: "ABOGADOS MN UQ"
FAX: (670) 234-9723

**VIA FACSIMILE**
**(670) 664-2349**

November 2, 2005

Pamela Brown
Attorney General
CNMI-Capitol Hill Complex
Civil Division
Capitol Hill
Saipan, MP 96950

      Re: *Emerenciana Peter-Palican v. Gov't.*
          *Disabilities Council*, D.C.N.M.I.
          Civil No. 00-0024

Dear Ms. Brown:

    I represent Ms. Peter-Palican in her action against the Commonwealth and Thomas J. Camacho. As you are aware the judgment entered by the District Court has been affirmed by the Ninth Circuit. The only matter outstanding with the Ninth Circuit is a settling of attorneys fees. Under the current schedule established by the court that is expected to begin on November 16, 2005 at 4:00 o'clock p.m. PST.

    The purpose of this letter is to request that the Commonwealth issue payment covering the judgment and interest to date. As of June 22, 2005 the total amount due and owing was $133,349.75 plus costs. This is reflected in the

*Douglas F. Cushnie*

PAGE Two

Pamela Brown

11/02/05

documentation previously submitted to Mr. Sachs of your office. If you will provide me with a precise date of payment I will be happy to present an up to date judgment figure.

      Thank you for your attention to this matter.

                              Very truly yours,

                              DOUGLAS F. CUSHNIE

                              DOUGLAS F. CUSHNIE

DFC/lg

Encl.

cc: Emi Peter-Palican