**ORIGINAL**

FILED
Clerk
District Court

DEC 1 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for   Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, ) | CIVIL ACTION NO. 00-0024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF MOTION |
| GOVERNMENT OF THE ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, ) | |
| et. al., ) | |
| ) | DATE: FEBRUARY 23, 2006 |
| Defendants. ) | TIME: 8:30 A.M. |
| ) | JUDGE: ALEX R. MUNSON |

Please take notice that plaintiff's motion for order in aid of judgment shall be heard on Thursday, the 23rd day of February, 2006 at the hour of 8:30 o'clock a.m., in the above-entitled court, 1st Floor, Horiguchi Building, Gualo Rai, Saipan, CNMI.

DATED this 19th day of December, 2005.

DOUGLAS F. CUSHNIE
Attorney for Plaintiff

BY _____
DOUGLAS F. CUSHNIE

DOUGLAS F. CUSHNIE, SAIPAN, CM 96950