Jeanne H. Rayphand
Assistant Attorney General
Office of the Attorney General
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341/2393
Fax: (670) 664-2349

Attorney for Defendants

FILED
Clerk
District Court

JAN - 4 2006

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, | ) CIVIL ACTION NO. 00-0024 |
| Plaintiff, | ) |
| v. | ) RESPONSE TO MOTION |
|  | ) FOR ORDER IN AID OF |
| GOVERNMENT OF THE | ) JUDGMENT |
| COMMONWEALTH OF THE | ) |
| NORTHERN MARIANA ISLANDS, | ) |
| et al. | ) |
| Defendants. | ) |

On August 1, 2002, this court entered an amended judgment against Thomas J. Camacho for the sum of $63,500.00 plus exemplary damages in the amount of $20,000.00 and incorporated by reference the July 2, 2002, order for attorney's fees in the amount of $21,440.00 and costs in the amount of $311.38. On September 23, 2002, this court granted supplemental attorney fees in the amount of $2,340.00.

On June 6, 2005, the United States Court of Appeals for the Ninth Circuit affirmed the decision of this court. One issue (regarding attorney's fees incurred in the Ninth Circuit) is still pending in the Ninth Circuit.

Except for funds appropriated for settlement and awards, no court may require the disbursement of funds from the Commonwealth Treasury or order the reprogramming of funds in order to provide for such disbursement. Any final judgment of a court shall be paid only pursuant to an item of appropriations for settlements and awards. 1 C.M.C. § 7207.

The Commonwealth legislature will meet for organizational purposes on the second Monday of January 2006. Const. art. II, § 13. Copies of the judgment and orders in this case have been sent to the offices of the Speaker of the House and the President of the Senate.

                            OFFICE OF THE ATTORNEY GENERAL

                            By: _____
                            Jeanne H. Rayphand    F0166
                            Assistant Attorney General
                            Counsel for defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the foregoing Response to Motion for Order in Aid of Judgment was served upon all other parties to this action this 4th day of January, 2006, by

☒ delivering a copy to:

☐ faxing a copy to: 234-9723

☐ depositing a copy in the U.S. Mails, first class postage prepaid, addressed to:

Douglas Cushnie, Esq.
P.O. Box 949
Saipan, MP 96950

_Roger V. Ngisomar_
Roger V. Ngisomar