ORIGINAL

Jeanne H. Rayphand
Assistant Attorney General
Office of the Attorney General
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341/2393
Fax: (670) 664-2349

Attorney for Defendants

F I L E D
Clerk
District Court

JAN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, ) | CIVIL ACTION NO. 00-0024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED CERTIFICATE |
| ) | OF SERVICE |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, ) | |
| et al. ) | |
| Defendants. ) | |

I HEREBY CERTIFY THAT the defendants' Response to Motion for Order in Aid of

Judgment  was served upon all other parties to this action this  5th day of January, 2006,

by delivering a copy to the office of Attorney Douglas Cushnie, San Vicente, Saipan, MP 96950.

_____
Roger V. Igisamar