FILED
Clerk
District Court

FEB 23 2006

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-00-0024                                            February 23, 2006
                                                      8:35 a.m.


EMERENCIANA PETER-PALICAN -vs- CNMI, et al


PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Douglas Cushnie, Attorney for Plaintiffs
             Jeanne Rayphand, Attorney for Defendants


PROCEEDINGS:  MOTION FOR ORDER IN AID OF JUDGMENT

   Plaintiffs were represented in court by Attorney Douglas Cushnie. Defendants were represented by Attorney Jeanne Rayphand.

   Attorney Rayphand advised the Court of the status of the case. Attorney Cushnie suggested that the CNMI Director of Finance be ordered to appear before this Court and explain when they anticipate to pay the judgment.

   Court suggested that a status conference be held with the CNMI Director of Finance and a member of the CNMI Legislature and see if something can be agreed upon.

   Attorney Rayphand will set up the meeting time for all parties.


                         Adjourned 8:50 a.m.

                         _____
                         K. Lynn Lemieux, Courtroom Deputy