ORIGINAL

Jeanne H. Rayphand
Assistant Attorney General
Office of the Attorney General
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341/2393
Fax: (670) 664-2349

Attorney for Defendants

FILED
Clerk
District Court

FEB 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, | ) CIVIL ACTION NO. 00-0024 |
| Plaintiff, | ) |
| v. | ) NOTICE OF |
| | ) STATUS CONFERENCE |
| GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al. | ) Time: 4:30 p.m. |
| | ) Date: March 1, 2006 |
| | ) Judge: Hon. Alex Munson |
| Defendants. | ) |

NOTICE is hereby given that at 4:30 p.m. on Wednesday, March 1, 2006, a status conference will be held at the United States District Court in Saipan, Commonwealth of the Northern Mariana Islands.

OFFICE OF THE ATTORNEY GENERAL

By: _____
Jeanne H. Rayphand          F0166
Assistant Attorney General
Counsel for defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the foregoing Notice of Status Conference was served upon all other parties to this action this 28th day of February, 2006, by

[X] delivering a copy to:

[X] faxing a copy to: 234-9723

[ ] depositing a copy in the U.S. Mails, first class postage prepaid, addressed to:

Douglas Cushnie, Esq.
P.O. Box 949
Saipan, MP 96950

_[signature]_