**ORIGINAL**

F I L E D
Clerk
District Court

MAR - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DOUGLAS F. CUSHNIE
P. O. BOX 949
SAIPAN, MP 96950
TELEPHONES: (670) 234/6843 • 234/6830
FAX: (670) 234/9723

Attorney for

Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, ) | CIVIL ACTION NO. 00-00024 |
| ) | |
| **Plaintiff-Appellant,** ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS; ) | |
| et al., ) | |
| ) | |
| **Defendants-Appellees.** ) | |
| _____) | |

Plaintiff's motion for an order in aid of judgment came on regularly for hearing before the Honorable Alex R. Munson, District Judge on February 23, 2006 at 8:30 o'clock a.m. with plaintiff being represented by Douglas F. Cushnie and defendants being represented by Jeanne Rayphand, Assistant Attorney General, and the court having considered the record in this case and arguments of counsel finds that a status conference with the Commonwealth government's Secretary of Finance and Speaker of the House of Representatives is in order to determine the quickest and most effective manner of retiring the judgment entered

herein, now, therefor

    IT IS HEREBY ORDERED the Office of the Attorney General shall arrange with the Secretary of Finance and the Speaker of the House of Representatives to appear before this court at 4:30 p.m. on ~~February 27th~~ *ARM* or March 1st ~~through 3rd~~ *ARM* to consider the prompt retirement and payment of the judgment entered herein, and

    IT IS FURTHER ORDERED that the Office of the Attorney General shall inform this court and plaintiff's counsel of the date such meeting may be held.

    ENTERED _3-1-06_.

_____
ALEX R. MUNSON
Judge

APPROVED AS TO FORM:

MATTHEW GREGORY
Attorney General
Attorneys for Defendants

BY _____ 2/28/06
    JEANNE H. RAYPHAND
    Asst. Attorney General

**RECEIVED**

MAR - 1 2006

Clerk
District Court
For The Northern Mariana Islands

DOUGLAS F. CUSHNIE, SAIPAN, CM 96950