UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAR 0 6 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; et al.,<br><br>Defendants - Appellees. | No. 02-16765<br><br>D.C. No. CV-00-00024-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court
MAR 13 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| EMERENCIANA PETER-PALICAN,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; et al.,<br><br>Defendants,<br><br>and<br><br>THOMAS J. CAMACHO, Individually and as Executive Director of the Governor's Development Disabilities Council,<br><br>Defendant - Appellant. | No. 02-16796<br><br>D.C. No. CV-00-00024-ARM<br>District of the Northern Mariana Islands |

02-16765, 02-16796

Before: Peter L. Shaw, Appellate Commissioner

Pursuant to the stipulation of the parties, attorneys fees in the amount of $4,375.00 are awarded in favor of plaintiff-appellant Peter-Palican and against defendants.

A certified copy of this order sent to the district court shall serve to amend this court's mandate.

*Peter L. Shaw*
9th Cir. R. 39-1.9

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 06 2006
by_____
Deputy Clerk