IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> GOVERNMENT OF THE ) <br> COMMONWEALTH OF THE ) <br> NORTHERN MARIANA ISLANDS; ) <br> THE GOVERNOR'S DEVELOPMENTAL ) <br> COUNCIL; MATILDA ROSARIO, ) <br> Director of Personnel; and ) <br> THOMAS J. CAMACHO, Individually ) <br> and as Executive Director of the ) <br> Governor's Developmental ) <br> Disabilities Council ) <br> ) <br> **Defendants.** ) <br> _____ ) | Civil Action No. 00-0024 <br><br> **RELEASE OF JUDGMENT** |

ORIGINAL

FILED
Clerk
District Court
DEC 1 1 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

WHEREAS, judgment was previously entered in this case against Defendant Thomas J. Camacho for the total sum of $83,500.00, plus attorney's fees in the amount of $21,440.00, and supplemental attorney's fees of $2,340.00, plus costs of court, and such amounts earned interest at the rate of 9% per annum; and

WHEREAS, additional attorney's fees were awarded Plaintiff by the Ninth Circuit Court of Appeals in the amount of $4,375.00; and

WHEREAS, the 15th Legislature of the Commonwealth of the Northern Mariana Islands appropriated monies to satisfy above judgment in this cause;

THEREFORE, I, Emeranciana Peter-Palican, Plaintiff in the above styled and numbered cause do hereby acknowledge receipt of the amount of $152,000 (One Hundred Fifty-Two

Thousand Dollars) in full payment of the above judgment and attorney's fees, and do hereby fully release and discharge the judgment debtor and all the named defendants in Civil Action No. CV-00-00024 from any claims, demands, causes of action, and judgments which I may now have or hereafter have against them arising from the facts and circumstances underlying the judgment in Civil Action No. CV-00-00024.

The sum of $152,000 is the sole consideration for this release, is contractual, and is in full satisfaction of any and all causes of action arising out of the subject matter mentioned above against any and all persons whomsoever. The above consideration is not a mere recital. All agreements and understandings between the parties are embodied and expressed herein.

SIGNED this __7__ day of __December__, 2006.

_____
Emerenciana Peter-Palican

APPROVED AS TO FORM AND STRUCTURE:

_____  Dec. 7, 2006
Douglas Cushnie, Esq.          Date

2